MAR 19 2024 PM2:15
FILED - USDC - NDTX - AM

Rick Vorce
42590 County Road 26.5
Akron CO 80720

2-24CV-052-Z

Notice to;
Clerk: Please forward this to my attorney if my motion is accepted.

Hello: it is my concern most if not all of my present forms of communication are being monitored. I would suspect the small court in Washington County would approve such a request - they have a lot to lose!

Summary of actors;

Bastion Cornelius, owner of Raindance Land Company – Morrison CO. A 'forensics expert' called in to protect all the groups actors if needed. Raindance owns some of my families prime land because my siblings do not understand the situation, also, 2 henchmen may have cause one or more deaths. Mr Cornelius regularly uses our Supreme Court clerk to reassign judges to get the one he needs.

William Harman, the main benefactor of all the deaths as described below. Meeting Mr Harman leads many to believe they have been friends forever!

Raymond Small, lived 10 miles south of me, suddenly wound up dead and laying on his couch with a hand scribbled note written on a napkin leaving all his worldly belongings to the Harmans. Including his natural gas wells. The rightful heir was given one hour to get what he wanted then leave. I witnessed a Small Jet aircraft traveling from west to east over the area where he lived.

Steve Dilka, Mr Harmans wife's brother – died while speeding down baseline road at such a rate he rolled his pickup many times. I saw the Sundance pickup with the 2 henchmen getting water for the radiator on Anderson hill, the mid seventies 2-tone blue Ford pickup had a bulge just past center of the hood. Sundance was dissolved prior to Raindance being formed! The Letters 'Sundance' ran down the side of blue Ford pickup.
I assume this pickup was chasing Mr Dilka at the time of the accident.

Candace Shaffer, perhaps the saddest death I could ever imagine. She was taken from her parents who were on drugs and given to Harmans that aided in supplying them.
This young 4 year old lady died while the William Harman family was traveling through a cow pasture! It is my understanding the family had a life insurance policy on her at the time of death.

I have more to share if the court accepts my motion and is granted.

Regards
Rick Vorce




FROM:
42590 County Road 26.5
Akron, CO. 80720

TO:
United States District Court
205 S.E. 5Th Avenue room 133
Amarillo, Texas 79101-1559

RECEIVED
MAR 19 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

USPS TRACKING #
9114 9023 0722 4887 7654 38