IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RICKIE L. VORCE,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF COLORADO, *et al.*,<br><br>    Defendants. | 2:24-CV-52-Z |

## JUDGMENT

The Court has entered its order dismissing this case without prejudice for failure to properly allege jurisdiction. Accordingly, and this case is **DISMISSED** without prejudice.

**SO ORDERED**.

May 20, 2024.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE